UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONY F.P.,

        Plaintiff,

                                                              Case No.: 22-cv-11736

v.                                                     Honorable Gershwin A. Drain

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#18], GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [#13], DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [#15] AND REMANDING ACTION PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

This matter is before the court on Executive Magistrate Judge David R. Grand's Report and Recommendation dated May 18, 2023, recommending that the Plaintiff's Motion for Summary Judgment be granted in part, and the Defendant's Motion for Summary Judgment be denied.

Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C). Upon review of the parties' briefing and the Magistrate Judge's

Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion. Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Grand's May 18, 2023 Report and Recommendation [#18] as this Court's findings of fact and conclusions of law. Plaintiff's Motion for Summary Judgment [#13] is GRANTED IN PART. Defendants' Motion for Summary Judgment [#15] is DENIED. This cause of action is remanded pursuant to sentence four of 42 U.S.C. 405(g) for further proceedings consistent with Magistrate Judge Grand's May 18, 2023 Report and Recommendation.

SO ORDERED.

Dated: September 7, 2023                                  /s/Gershwin A. Drain
                                                          GERSHWIN A. DRAIN
                                                          United States District Judge


CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 7, 2023, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager